

# NUMBER 13-15-00576-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GREGG BARTHELMAN,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

**On appeal from the 206th District Court
of Hidalgo County, Texas.**

# O R D E R

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

This cause is currently pending before the Court.  On July 28, 2016, this Court ordered the trial court clerk to forward the following original trial exhibits associated with this appeal to this Court for its review and inspection:  State's Exhibits 29, 30, 33, 35, 36, 37, 38, 39, 40, 41, 44, 45, and 46.  This Court received those exhibits on August 16, 2016.

On August 24, 2016, the State filed a motion pursuant to Rule 34.6(g)(2) of the Texas Rules of Appellate Procedure requesting that this Court supplement its previous order and request State's Exhibit 31, a USB drive. According to the State's motion, the contents of this exhibit "contains numerous photos germane to issues raised by the [a]ppellant in his appeal." Among several issues in his brief, appellant challenges the sufficiency of the evidence for his convictions of promoting and possessing child pornography.

Accordingly, we GRANT the State's motion and order the trial court clerk to forward State's Exhibit 31 in trial court cause number CR-2182-14-D to this Court within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of September, 2016.